The People of the State of New York, Respondent, *v.* Harry H. Dorsen and Benjamin Shepard, Appellants.

The People of the State of New York, Appellant, *v.* Harold Spielberg, Respondent.

(Argued March 19, 1936; decided April 15, 1936.)

*Morton Milman* and *Charles Eno* for defendants-appellants.

*James F. Donnelly* and *Israel Spielberg* for defendant-respondent.

*William Copeland Dodge, District Attorney (Erwin N. Schapira* of counsel), for plaintiff, respondent and appellant.

In each proceeding: Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.